

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-1518

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ONE (1) 1980 ROLLS ROYCE
CORNICHE, ID# DRL50601
AND TWENTY-ONE THOUSAND
DOLLARS IN U.S. CURRENCY
($21,000),

    Defendants.
_____/



### COMPLAINT FOR FORFEITURE IN REM

The Plaintiff, the United States of America, by and through its undersigned United States Attorney for the Southern District of Florida, in a civil cause of forfeiture, alleges upon information and belief that:

1. This Court has jurisdiction pursuant to Title 28 United States Code, Sections 1345 and 1355.

2. The defendant vehicle and currency are now, and during the pendency of this action will be, within the jurisdiction of this Court.

3. The United States seeks forfeiture of the currency and defendant vehicle pursuant to Title 21 United States Code, § 881(a)(6) because they constitute things of value furnished, or intended to be furnished, by a person in exchange for a controlled substance.

4. Cocaine is a controlled substance within the meaning of Title 21 U.S.C., § 881.

5. On January 12, 1996, Marilyn Bonachea testified at the federal criminal trial of Salvador Magluta, Case No. 91-6060-CR-FAM. Under oath, Bonachea testified that Magluta gave her the defendant vehicle and approximately $590,000, in the form of currency and bank checks. Bonachea testified that Magluta "had made some money in the drug business," but that she was told the money he gave her was derived from investments.

6. Bonachea testified that approximately $500,000 in cash was delivered to her mother's house by an unknown male. Bonachea said Magluta told her "to just take the money and that would be my salary and whatever money was left over, I would just return to him." Bonachea testified she did not know where Magluta was living at the time she received the currency.

7. Bonachea testified the defendant Rolls Royce was given to her.

8. On February 2, 1996, federal agents executed a search warrant at Bonachea's residence to seize the defendant vehicle and currency as proceeds generated by Magluta's drug trafficking. However, the vehicle and currency were not found at the residence.

9. On February 14, 1996, Bonachea's attorney, Fred Schwartz, Esq., surrendered the defendant vehicle and currency at the Drug Enforcement Administration's (DEA) Fort Lauderdale office.

10. By reason of the foregoing premises, the defendant vehicle and currency have become and are forfeited to the United States of America pursuant to Title 21 U.S.C. § 881(a)(6).

WHEREFORE, the Plaintiff prays that due process issue to

2

enforce the forfeiture and to give notice to the interested parties to appear and show cause why the forfeitures should not be decreed, that the defendant vehicle and currency be condemned as forfeited to the United States of America, and delivered into the possession of the United States Marshal, Miami, Florida for disposition according to law, and for such other and further relief as this Court may deem just and proper.

                                   Respectfully submitted,

                                   WILLIAM KEEFER
                                 UNITED STATES ATTORNEY

BY: _____
                                 SCOTT E. RAY
                                 ASSISTANT U.S. ATTORNEY
                                 99 N.E. Fourth Street, 6th Floor
                                 Miami, Florida  33132
                                 Tel.:  (305) 536-5495
                                 Fax:  (305) 536-7599
                                 Fla. Bar No. 0802050

## VERIFICATION

I, James M. Hoy, Special Agent for the U.S. Drug Enforcement Administration, declare under penalty of perjury as provided by Title 28 United States Code, Section 1746, that the foregoing Complaint for Forfeiture in Rem is based upon information known to me, and the facts alleged therein are true and correct to the best of my knowledge.

_____
JAMES M. HOY
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

# CIVIL COVER SHEET

CIV-MORENO

96-1518

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
United States of America

MAGISTRATE JUDGE TURNOFF

**DEFENDANTS**
One (1) 1980 Rolls Royce Corniche, ID# DRL50601 and Twenty-One Thousand Dollars in U.S. Currency ($21,000)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Dade-B 1:96cv1518 FAM

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Scott E. Ray   305-536-5495
99 NE 4th St., Miami, FL

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
(DADE,) MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

21 USC §881(a)(6), 21 U.S.C. §881 narcotic proceeds and facilitation

IVa. _1_ days estimated (for both sides) to try entire case.

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | B FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | [X] 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | A **PROPERTY RIGHTS** | B ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | B ☐ 371 Truth in Lending | ☐ 690 Other | A **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | A **LABOR** | B **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | B ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A **REAL PROPERTY** | A **CIVIL RIGHTS** | B **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | B ☐ 791 Empl. Ret. Inc. Security Act | A **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | [X] 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | * ☐ 890 Other Statutory Actions *A or B |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights *A or B | | | |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Refiled
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23
**DEMAND $**
Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES [X] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

**DATE** 6/1/96

**SIGNATURE OF ATTORNEY OF RECORD**

FOR OFFICE USE ONLY: Receipt No. _____  Amount: _____

UNITED STATES DISTRICT COURT
S/F I-2